IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TONYA BAUMANN, on behalf of herself and others similarly situated, | ) ) ) | CASE NO. 1:16-CV-00108-LJM-MPB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ALLY FINANCIAL, INC., | ) ) | |
| Defendants. | ) | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), **John C. Lynch** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Ally Financial Inc.** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

| Jurisdiction | Admission Date | Bar No. |
|---|---|---|
| 4th Circuit Court of Appeals | December 15, 1995 | N/A |
| Virginia Supreme Court | October 30, 1995 | 39267 |
| United States District Court Eastern District of Virginia | November 17, 1996 | 39267 |
| United States District Court Western District of Virginia | January 27, 1997 | 39267 |
| United States Bankruptcy Court Eastern District of Virginia | January 4, 1996 | 39267 |
| United States Bankruptcy Court Western District of Virginia | March 6, 2008 | 39267 |
| West Virginia State Courts | October 1994 | 6627 |
| United States District Court Northern District of West Virginia | November 14, 1994 | 6627 |
| United States District Court Southern District of West Virginia | October 3, 1994 | 6627 |
| United States Bankruptcy Court Northern District of West Virginia | November 14, 1994 | 6627 |
| United States Bankruptcy Court | October 3, 1994 | 6627 |

| | | |
|---|---|---|
| Southern District of West Virginia | | |
| Maryland State Courts | June 21, 1995 | 12963 |
| United States District Court District of Maryland | September 16, 1996 | 12963 |
| United States Bankruptcy Court District of Maryland | November 25, 2009 | 12963 |

2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: March 7, 2016

Respectfully submitted,

John C. Lynch, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1510
E-mail: john.lynch@troutmansanders.com

## CERTIFICATE OF SERVICE

I certify that on **March 7, 2016** a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>James O. Latturner
>Michelle A. Alyea
>EDELMAN, COMBS, LATTURNER &
>GOODWIN, LLC
>20 S. Clark St., Suite 1500
>Chicago, IL  60603
>Email: courtecl@edcomobs.com
>Email: malyea@edcombs.com
>
>John T. Steinkamp
>Attorney at Law
>5218 S. East Street, Suite E1
>Indianapolis, IN 46227
>Office: (317) 780-8300
>Fax: (317) 217-1320
>Email: steinkamplaw@yahoo.com

_____
John C. Lynch

TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7765
Facsimile:  (757) 687-1510
E-mail: john.lynch@troutmansanders.com