IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONYA BAUMANN, on behalf of herself and others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ALLY FINANCIAL, INC., ) ) Defendants. ) | CASE NO. 1:16-CV-00108-LJM-MPB |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), **Ethan G. Ostroff** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Ally Financial Inc.** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

| Jurisdiction | Admission Date | Bar No. |
|---|---|---|
| 2nd Circuit Court of Appeals | March 29, 2007 | N/A |
| 4th Circuit Court of Appeals | March 27, 2009 | N/A |
| Virginia Supreme Court | October 31, 2005 | 71610 |
| United States District Court Eastern District of Virginia | November 17, 2006 | 71610 |
| United States District Court Western District of Virginia | December 27, 2011 | 71610 |
| United States Bankruptcy Court Eastern District of Virginia | July 26, 2007 | 71610 |
| United States District Court Eastern District of Michigan | May 6, 2014 | N/A |
| United States District Court Western District of Michigan | January 15, 2015 | N/A |
| United States District Court of Colorado | August 14, 2014 | N/A |
| United States District Court Eastern District of Wisconsin | July 17, 2014 | N/A |
| United States District Court | August 12, 2014 | N/A |

| Eastern District of Pennsylvania | | |
|---|---|---|

2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: March 7, 2016            Respectfully submitted,

Ethan G. Ostroff, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1510
E-mail: ethan.ostroff@troutmansanders.com

## CERTIFICATE OF SERVICE

I certify that on **March 7, 2016** a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

> Daniel A. Edelman
> Cathleen M. Combs
> James O. Latturner
> Michelle A. Alyea
> EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
> 20 S. Clark St., Suite 1500
> Chicago, IL  60603
> Email: courtecl@edcomobs.com
> Email: malyea@edcombs.com
>
> John T. Steinkamp
> Attorney at Law
> 5218 S. East Street, Suite E1
> Indianapolis, IN 46227
> Office: (317) 780-8300
> Fax: (317) 217-1320
> Email: steinkamplaw@yahoo.com

_____
Ethan G. Ostroff

TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7541
Facsimile:  (757) 687-1510
E-mail: ethan.ostroff@troutmansanders.com