UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONYA BAUMANN, on behalf of herself and others similarly situated, ) ) ) ) | |
| Plaintiff(s), ) ) | |
| v. ) ) | Cause No. 16-cv-108 |
| ALLY FINANCIAL, INC., ) ) ) | |
| Defendant. ) | |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY TARA L. GOODWIN**

    Michelle A. Alyea of the law firm Edelman, Combs, Latturner & Goodwin, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Tara L. Goodwin of Edelman, Combs, Latturner & Goodwin, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Tonya Baumann in the above-styled cause only.  In support of this motion, the undersigned states:

    1.  The Certification of Tara L. Goodwin, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

    2.  A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been mailed/delivered to the Clerk of this Court.

    WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Tara L. Goodwin leave to appear *pro hac vice* for purposes of this cause only.

Dated: April 4, 2016

                                      Respectfully submitted,

                                      /s Michelle A. Alyea
                                      Michelle A. Alyea

Daniel A. Edelman
Cathleen M. Combs
Tara L.Goodwin
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2016, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Tara L Goodwin was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

                                                  s/ Michelle A. Alyea
                                                  Michelle A. Alyea

Daniel A. Edelman
Cathleen M. Combs
Tara L.Goodwin
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com

**Exhibit A**

**Certification of Tara L. Goodwin
In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Michelle A. Alyea of the law firm Edelman, Combs, Latturner & Goodwin, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

| | |
|---|---|
| Supreme Ct. of Illinois | 1991 |
| 7th Cir. Court of Appeals | 1998 |
| 1st Cir. Court of Appeals | 2000 |
| U.S. Court of Appeals for the D.C. Circuit | 1996 |
| Northern District of Illinois | 1991 |
| Northern District of Indiana | 2004 |

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: April 4, 2016

Respectfully submitted,

_____
Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONYA BAUMANN, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>ALLY FINANCIAL, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Cause No. 16-cv-108<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Michelle A. Alyea of the law firm Edelman, Combs, Latturner & Goodwin, LLC, seeking an Order granting Tara L. Goodwin of Edelman, Combs, Latturner & Goodwin, LLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Tonya Baumann in the above-styled cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
tgoodwin@edcombs.com

　　　Dated: April 4, 2016　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Larry J. McKinney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF